**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SAINT JOSEPH DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

  v.           Case No. 26-MJ-00096-LMC

DANIEL K. ESKRIDGE,

     Defendant.

**MOTION OF THE UNITED STATES FOR
<u>CONTINUANCE OF A DETENTION HEARING</u>**

Comes now the United States of America, by and its undersigned counsel, and does hereby

move the Court for an order granting a continuance of the detention hearing as provided by Section

3142(f), Title 18, United States Code.

**<u>SUPPORTING SUGGESTIONS</u>**

Title 18, United States Code, Section 3142(f) provides that the appropriate judicial officer

shall hold a hearing to determine whether any condition or combination of conditions set forth in

Section 3142(c) will reasonably assure the appearance of a defendant as required and the safety of

any other person and the community when the attorney for the government moves for a detention

hearing provided by said subsection, or upon the appropriate judicial officer's own motion, also as

provided by Section 3142(f).

Subsection (f) of Section 3142 provides: "The hearing shall be held immediately upon the

person's first appearance before the judicial officer unless that person or the attorney for the

government seeks a continuance. Except for good cause, a continuance on motion of the person

may not exceed five days, and a continuance on motion of the attorney for the government may

not exceed three days. During a continuance, the person shall be detained . . ."

The United States desires the continuance to facilitate the acquisition of additional information regarding the above defendant, to evaluate the said information, and to prepare for the hearing.

Respectfully submitted,

R. Matthew Price
United States Attorney

By     /s/ K. Brandon Chlarson

K. Brandon Chlarson
Special Assistant United States Attorney
VICDTR – NSD
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on June 15, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

/s/ K. Brandon Chlarson
K. Brandon Chlarson
Special Assistant United States Attorney